UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BUCKLAND, individually, Anna Marie Stewart, individually, Carmen Peters, individually, Brian Piazza, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MAXIM HEALTHCARE SERVICES, INC., a Maryland corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. C 10-5145 SBA<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF |

IT IS HEREBY ORDERED THAT Defendant Maxim Healthcare Services, Inc.'s Motion for Administrative Relief Pursuant to Local Rule 7-11 to have its recently filed Motion to Sever and Dismiss, Stay or Transfer the Claims of Brian Piazza heard on the same date as the Court considers Plaintiffs' Motion to Transfer Venue Pursuant to 28 U.S.C. 1404(a) and the First to File Rule is granted. Both motions are continued to September 13, 2011 at 1:00 p.m.

IT IS SO ORDERED.

DATED: April 19, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge